**Motion Denied; Order filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00829-CR
_____

**MOISES DONJUAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CR2473**

---

## ORDER

Appellant is represented by appointed counsel, L. Jeth Jones, II. Appellant's brief was originally due **January 20, 2014.** We granted three extensions of time to file appellant's brief until March 28, 2014. When we granted the last extension, we noted that no further extensions would be granted. No brief was filed. On March 28, 2014, counsel filed a further request for a 30-day extension of time to file appellant's brief. We deny the request and issue the following order.

Accordingly, we order **L. Jeth Jones, II** to file a brief with the clerk of this court on or before **April 28, 2014**. If counsel does not timely file the brief as ordered, the court may order the trial court to conduct a hearing or issue a show cause order directing him to appear before this court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM